196

STATE of Missouri, Respondent,

v.

William WILLIAMSON, Appellant.

No. WD 35270.

Missouri Court of Appeals,
Western District.

Sept. 4, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 30, 1984.

Application to Transfer Denied
Dec. 18, 1984.

James W. Fletcher, Public Defender, Lee M. Nation, Sp. Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, John J. Oldenburg, Jr., Asst. Atty. Gen., for respondent.

Before DIXON, P.J., and SHANGLER and SOMERVILLE, JJ.

### ORDER

PER CURIAM:

Appeal from jury conviction for manslaughter, Section 559.070, RSMo 1969, and sentence to eight years' imprisonment.

Affirmed. Rule 30.25(b).